**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF**
**FLORIDA**
**CASE NO. 99-CR-00027-WPD**

**UNITED STATES OF AMERICA,**

**vs.**

**JORGE L. ALVAREZ, et al,**

      **Defendants,**

_____ /

**UNITED STATES NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, noticing this Honorable Court that the undersigned Assistant United States Attorney has been assigned to the above captioned case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   /s/ Hayden O'Byrne
     HAYDEN O'BYRNE
     Assistant United States Attorney
     Florida Bar No. 60024
     JLK Federal Justice Building
     99 Northeast 4TH Street, 6TH Floor
     Miami, Florida 33132-2111
     Telephone:  305-961-4447
     Facsimile:  305-530- 7976
     Email:hayden.obyrne@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 28, 2021, the undersigned electronically filed the foregoing document, United States Notice of Appearance, with the Clerk of the Court using CM/ECF.

*/s/* Hayden O'Byrne
HAYDEN O'BYRNE
Assistant United States Attorney